PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00025-TLN |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| LUIS ALBERTO FERNANDEZ CONTRERAS, | |
| Defendant. | |

On July 18, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Luis Alberto Fernandez Contreras forfeiting to the United States the following property:

a.      Approximately $17,949.00 of the $18,949.00 in U.S. Currency.

Beginning on August 4, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

1

a. Gayton Navarro and Barbara Gaytan Navarro: A notice letter was sent via certified mail to Gayton Navarro and Barbara Gaytan Navarro at 1155 Indiana Street, Gridley, CA 95948 on September 6, 2017. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on September 11, 2017.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Luis Alberto Fernandez Contreras, Gayton Navarro, and Barbara Gaytan Navarro.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $1,000.00 of the $18,949.00 in U.S. Currency to defendant Luis Alberto Fernandez Contreras through attorney Greg Foster.

SO ORDERED this 20th day of October, 2017.


_____
Troy L. Nunley
United States District Judge